## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HAZEL LUZUSKY and** | ) | **CASE NUMBER:** |
| **DEBORAH SHAPIRO,** | ) | **3:07-CV-00092 (JCH)** |
| **Plaintiffs** | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| **CREDITORS INTERCHANGE** | ) | |
| **RECEIVABLE MANAGEMENT, LLC** | ) | |
| **Defendant** | ) | **AUGUST 2, 2007** |

Pursuant to F.R.C.P. §41(a)(1), the plaintiffs, through their attorney Daniel S. Blinn, hereby give

notice that the claims of the above-entitled action shall be dismissed with prejudice and without

costs.

PLAINTIFFS, Hazel Luzusky and Deborah Shapiro,

By: _/s/Daniel S. Blinn___
     Daniel S. Blinn
     Consumer Law Group, LLC
     35 Cold Spring Road, Suite 512
     Rocky Hill, Connecticut 06067
     Tel (860) 571-0408  Fax (860) 571-7457
     Fed Bar No. ct02188

## CERTIFICATION

I hereby certify that on this 2nd day of August, 2007, a copy of the foregoing Motion for Default for failure to plead was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.


/s/Daniel S. Blinn
Daniel S. Blinn