UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HAZEL LUZUSKY and | : | |
| DEBORAH SHAPIRO | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL NO. 3:07CV92 (JCH) |
| v. | : | |
| | : | |
| | : | |
| CREDITORS INTERCHANGE | : | |
| RECEIVABLE MGMT, LLC | : | |
| | : | |
| Defendant. | : | August 2, 2007 |

## ORDER

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is direct to administratively close the file without prejudice to reopening on or before September 2, 2007.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before September 2, 2007.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7.

So Ordered.

Dated at Bridgeport, Connecticut this 2nd day of August, 2007.

_____

Janet C. Hall, U.S.D.C.